**FILED - GR**
August 25, 2025 3:48 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM   SCANNED BY: ᴍ / 8↳

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

**1:25-cv-1005**
**Sally Berens- Magistrate Judge**

```
JoRDan Isaiah Maurice Watts
                  Petitioner

        v.

Sheriff Richard Fuller III
              Respondent
(name of warden or authorized person having custody of petitioner)
```

)
)
)
)
)
)
)
)
)
)

Case No. _____
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name:  JoRDan Isaiah Maurice Watts
    (b) Other names you have used: _____

2.  Place of confinement:
    (a) Name of institution:  Kalamazoo County Jail
    (b) Address:  1500 Lamont Ave
                  Kalamazoo, MI  49048
    (c) Your identification number:  348494

3.  Are you currently being held on orders by:
    ☐ Federal authorities    ☑ State authorities    ☐ Other - explain:

4.  Are you currently:
    ☑ A pretrial detainee (waiting for trial on criminal charges)
    ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
        If you are currently serving a sentence, provide:
        (a) Name and location of court that sentenced you: _____
        (b) Docket number of criminal case: _____
        (c) Date of sentencing: _____
    ☐ Being held on an immigration charge
    ☐ Other *(explain):* _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5.　What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☒ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other (explain): _____

6.　Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court:  STATE OF MICHIGAN 9th Circuit Court Kalamazoo County

(b) Docket number, case number, or opinion number:  Case NO: 2024 - 1298 - FH

(c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):  My Judge Has not Giving Me Adequate Due process that lines up with the United States Constitution, I'm Challenging Her denial to Modify Bond

(d) Date of the decision or action:  10 28 24  1 10 25  3  4 11 2025

## Your Earlier Challenges of the Decision or Action

7.　**First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☒ Yes　　　　☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:  State of Michigan 9th Circuit Court Kalamazoo County

(2) Date of filing:  04 03 2025

(3) Docket number, case number, or opinion number:  Case NO. 2024-1298 FH

(4) Result:  Denied

(5) Date of result:  4 11 2025

(6) Issues raised:  Wealth Based Detention, Excessive Bail, procedure Not enough to pass Constitutional Muster, Violation of MCR 6.106(F)(3), Violation of 18 U.S.C 3142(C)2, Violations of Due process, Failed to Expressly Consider Alternatives to Detention/Non monetary conditions, Treated differently to Similarly Situated individuals.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b)  If you answered "No," explain why you did not appeal:

8.  **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☑ Yes          ☐ No

(a)  If "Yes," provide:

(1) Name of the authority, agency, or court:  Michigan Court of Appeals

(2) Date of filing:  April 2, 2025

(3) Docket number, case number, or opinion number:  375894

(4) Result:  Denied

(5) Date of result:  June 16, 2025

(6) Issues raised:  Wealth Based Detention, Excessive Bail Violation of 14th Amend Substantive 3 procedural due process, Violation of MCR 6.106(F)(3), Violation of 18 USC 3142(c)(2), Failure to Expressly Consider Non Monetary Alternatives Conditions, Failure to give Adequate Procedural Safeguards, Failure to allow to Call Witnesses, Treated Differently From Similar Situated individuals.

(b)  If you answered "No," explain why you did not file a second appeal:

9.  **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☑ Yes          ☐ No

(a)  If "Yes," provide:

(1) Name of the authority, agency, or court:  MICHIGAN Supreme Court Of Appeals

(2) Date of filing:  July 9 2025

(3) Docket number, case number, or opinion number:  168694

(4) Result:  Denied

(5) Date of result:  July 25 2025

(6) Issues raised:  Wealth Based Detention, Bail is Excessive if Not Narrowly tailored, Violation of 14th Amend Both substantive 3 procedural Due Process, violation of MCR 6.106(F)(3), Violation of 18 USC 3142(C)(2).

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

Failure to Expressly Consider Alternative Non monetary Conditions, Failure to give adequate procedural Safeguards, Failure to Allow to call witnesses, Treated Differently from Similarly situated individuals.

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes        ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes        ☐ No

If "Yes," provide:

(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes        ☒ No

If "Yes," provide:

(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11.    **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes          ☒ No

If "Yes," provide:

(a)    Date you were taken into immigration custody:

(b)    Date of the removal or reinstatement order:

(c)    Did you file an appeal with the Board of Immigration Appeals?

☐ Yes          ☐ No

If "Yes," provide:

(1)  Date of filing:

(2)  Case number:

(3)  Result:

(4)  Date of result:

(5)  Issues raised:

(d)    Did you appeal the decision to the United States Court of Appeals?

☐ Yes          ☒ No

If "Yes," provide:

(1)  Name of court:

(2)  Date of filing:

(3)  Case number:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result:

(5) Date of result:

(6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☒ Yes                    ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: *Habeas petition 2241*

(b) Name of the authority, agency, or court: *Western District of Michigan Southern District*

(c) Date of filing: 02/03/2025

(d) Docket number, case number, or opinion number: 1:25-cv-167

(e) Result: *Dismissed on procedural Grounds/ lack of Exhaustion*

(f) Date of result: 02/28/2025

(g) Issues raised: *Wealth Based Detention, Bail Not Narrowly tailored And therefor Excessive, Violation of 14th Amendment Both Substantive & procedural due process, Violation of MCR 6.106(f)(3) Violation of 18 U.S.C 3142(c)(a), failure to Expressly consider Non Monetary Alternatives conditions, treated differently from similarly situated individuals, No Rationale relationship with Money Bail ans protecting the public under Michigan law*

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE**: *Bail is Not Narrowly tailored and is therefor Excessive under the 8th Amendment.*

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR**: The setting of an unattainable money Bail is The equivilant of and order of Detention without Bail which requires an express finding that no condition or combination of conditions of release can reasonably assure the Defendant Appearence.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The courts Ackndwledce At the nextion Hearing On 4/11/2025 They set an Excessive Bail with the purposes of keeping me detained. I proved under mcr 6.106 they cannot legally Detain me So instead the courts used a Sub Rosa money Bail to keep me Detained.

(b) Did you present Ground Four in all appeals that were available to you?
☒ Yes          ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: 1)ORDER this Petitioner released On Bail with as many conditions deemed appropriate thats NON monetary. 2.) Preliminary Enjoin Malanazo a county's Bail practices.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The Trial court intentionally set an Excessive Bail to Ensure this defendant stays detained without Expressing any logical reason an the Bail is not Narrowly tailored to Serve a compelling State interest

(b) Did you present Ground One in all appeals that were available to you?

☑ Yes          ☐ No

**GROUND TWO:** Wealth Based Detention is not Permitted By the United States constitution an is in Direct Violation of the 14 Amendment Equal protection of the law. and MCR 6.106 (F)(3) 3 18 U.S.C 3142(c)(2)

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The Bail practices in Kalamazoo Are unconstitutional Because it Discriminates Against the **poor** Both By Absolutely depriving us of pretrial release due to indigency and court do not consider indigency a relevant term. The courts in Kalamazoo allows the Wealthy to purchase their freedom.

(b) Did you present Ground Two in all appeals that were available to you?

☑ Yes          ☐ No

**GROUND THREE:** The Courts Are violating my rights under the 14th Amendment Equal protection clause; Both Substantive And Procedural due process, Incarceration of those who cannot pay for pretrial release without meaningful consideration of Alternatives

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: inFringes Both due process; Equal protection. a court imposing detention at a minimum, to comport with due process must best Expressly consider and make Findings of Fact on the record regarding the defendants ability to pay the Bail Amount imposed and whether non monetary alternatives could serve the same purposes of Bail. The courts Has not done this, and Also individuals who Are similarly situated Bail is significantly lower.

(b) Did you present Ground Three in all appeals that were available to you?

☑ Yes          ☐ No

GrounD Five: the Defendnt has Been deprived Of his
Pretrial liberty without the proper Due process.

Supporting Facts: Due process requires at A minimum,
notice a Hearing at which A person can Be heard an call
Witnessess, at Which a court applies a transparent ;
heightened legal Standard Clear and convineing
Evidence, considers my indigency and the
Availability Of non monetary conditions ora
combination of conditions. the courts have Failed to
Do that in my case. The courts Also failed to allow this
defendant to call Witnesses an relied on information that was
Proffered from the Government Which was incorrect.

Ground Six: THE Defendant Has Been treated differently By
the courts to similar Situated Defendants Either Similar or
Worser crimes in violation OF the equal protection clause.

supporting Facts: The petitioners co-defendants Bail for the Exact
Same charges was $10,000 cash or Surety, mARlon Hardnicks Ho
a $50,000 cash or Surety Bond as a fourth habitual for unlawful
imprisonment, Dakota Joseph Varana is charged with unlawful imprisonment
and cutting his tether off and His Bail was set at $60,000 cash or
Surety. Dkmarkis lee had An 11 count Felony indictment one of the charges
Being unlawful imprisonment aw his Bond was Set at 20,000 cash

(9)

or Surety. Michael Bordwen also got $125,000 cash or Surety. Bond for open murder, Javion Jackson Has over 7 counts of Assault with intent to commit murder and his Bond is $100,000 Cash or Surety. Every person that was named is charged with Same or a much worser crime with the Same or much worser BackGround an Has a Better oppurtunity of Being released.

I swear the above is true to the Best of my Knowledge

Date: July 29, 2025

Jordan Watts

Jordan Watts

I Do Hearby Consent to A Magistrate Judge conducting All proceedings in this matter and making All decisions with the understanding that all appeals will go Directly to the 6th circuit

Date July 29, 2025

Jordan Watt

Jordan Watts



JoRDan Watts # 348494
Kalamazoo county Jail
1500 lamont ave.
Kalamazoo, MI 49048

BWC



Office of the Clerk
U.S. District court
399 Federal Building
110 Michigan St., NW
Grand Rapids, MI 49503